**4**
Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
tkapur@pszjlaw.com

*Counsel to Defendants Dove's Landing, LLC, Robert J. Wentz, and Oroville Sports Club, LLC*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>OROVILLE HOSPITAL, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877 |
| ☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects ProHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession | Adv. Proc. No.: 26-02092<br>DCN TMK-1<br><br>Chapter 11 |
| OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM, and OROVILLE HOSPITAL,<br><br>Plaintiffs,<br>v.<br><br>DOVE'S LANDING, LLC; ROBERT J. WENTZ; OROVILLE SPORTS CLUB, LLC; and ROB BONTA, as Attorney General of California (nominal defendant),<br><br>Defendants. | **NOTICE OF HEARING ON MOTION OF DEFENDANTS DOVE'S LANDING, LLC, ROBERT J. WENTZ, AND OROVILLE SPORTS CLUB, LLC TO: (1) COMPEL ARBITRATION; (2) STAY DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT; AND (3) STAY THIS ADVERSARY PROCEEDING**<br><br>Date: October 20, 2026<br>Time: 11:00 a.m.<br>Crtrm.: Courtroom 32<br>501 I Street, Suite 3-200<br>Sacramento, California 95814<br>Judge: Hon. Christopher D. Jaime |

**PLEASE TAKE NOTICE** that Dove's Landing, LLC ("**Dove's Landing**"), Robert J. Wentz ("**Wentz**") and Oroville Sports Club LLC ("**Sports Club**" and, together, the "**Defendants**"), by and through their undersigned counsel, have filed a *Motion to (1) Compel Arbitration; (2) Stay*

*Defendants' Time to Respond to the Complaint; and (3) Stay This Adversary Proceeding* (the "**Motion**").[1]

**PLEASE TAKE FURTHER NOTICE** that, as further described below, the hearing on the Motion will be held on **October 20, 2026, at 11:00 a.m.**, or as soon thereafter as the matter may be heard (the "**Hearing**"), in the Courtroom of the Honorable Christopher D. Jaime, United States Bankruptcy Judge, 501 I Street, Courtroom 32, Sacramento, California 95814, where the Court will hear and consider approval of the Motion. The Motion is supported by the *Memorandum of Points and Authorities*, the *Declaration of Robert J. Wentz* and the exhibits to the Motion filed concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that the matter will be conducted simultaneously: (i) in Person, at Sacramento Courtroom 32, (ii) via ZoomGov Video, (iii) via ZoomGov Telephone, and (iv) via CourtCall. You may choose any of these options. Parties who wish to appear at a hearing remotely should sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Remote Appearances page of the Court's website at https://www.caeb.uscourts.gov/Calendar/CourtAppearances. Procedures and guidelines for remote appearances may be found on the Court's website as follows: https://www.caeb.uscourts.gov/documents/Forms/Misc/ZoomGov%20Protocols.pdf. Each party who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail. If the deadline to sign up has passed, parties who wish to appear remotely must contact the Courtroom Deputy for the Department holding the hearing. Telephonic appearances may be arranged at least 24 hours in advance of calendared hearings through court conference at 1-866-582-6878.

**PLEASE TAKE FURTHER NOTICE** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1). Opposition to the Motion, if any, shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) days preceding the date of the Hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without

[1] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion or supporting Memorandum of Points and Authorities, as applicable.

good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the Motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

**PLEASE TAKE FURTHER NOTICE** that you can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the Hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice does not contain all the particulars of the Motion or supporting documents for the Motion, nor does it summarize all the evidence submitted in support of the Motion. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting documents and evidence, copies of which may be obtained from the website https://dm.epiq11.com/case/orovillehospital/info free of charge. You may also access these documents from the Court's PACER system (requires a subscription). The web page address for the United States Bankruptcy Court for the Eastern District of California is https://www.caeb.uscourts.gov/, which includes a link to the Court's Case Management/Electronic Case Filing System (CM/ECF system) and PACER registration.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Adversary Proceeding. If you do not have an attorney, you may wish to consult one.

[*Remainder of Page Intentionally Left Blank*]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Dated: September 4, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Teddy M. Kapur*
Richard M. Pachulski
Alan J. Kornfeld
Teddy M. Kapur

*Counsel to Defendants Dove's Landing, LLC, Robert J. Wentz, and Oroville Sports Club, LLC*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA