**2**

Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
tkapur@pszjlaw.com

*Counsel to Defendants Dove's Landing, LLC, Robert J. Wentz, and Oroville Sports Club*, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects ProHealth Corporation: A Nonprofit Healthcare System<br><br>Debtors and Debtors in Possession<br><br>OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM, and OROVILLE HOSPITAL,<br><br>Plaintiffs,<br><br>v.<br><br>DOVE'S LANDING, LLC; ROBERT J. WENTZ; OROVILLE SPORTS CLUB, LLC; and ROB BONTA, as Attorney General of California (nominal defendant),<br><br>Defendants. | Lead Case No. 25-26876<br><br>Jointly Administered With:<br>Case No. 25-26877<br><br>Adv. Proc. No.: 26-02092<br>**DCN CAE-1**<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>**<u>Hearing Information</u>**<br>Hearing Date: September 29, 2026<br>Hearing Time: 11:00 a.m.<br>Location: Courtroom 32, 6th Floor<br>501 I Street<br>Sacramento, California 95814 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the Debtors is 2767 Olive Highway, Oroville, California, 95966.

**ORDER APPROVING STIPULATION CONTINUING STATUS CONFERENCE**

The Court, having read and considered the *Stipulation Continuing Status Conference* (the "Stipulation")[2] by and between the Plaintiffs and Defendants, through counsel, and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **APPROVED**.
2. The Status Conference shall be continued to October 20, 2026, at 11:00 a.m.

**Dated:** September 21, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[2] Capitalized terms have the definitions set forth in the Stipulation.