THOMAS G. MOUZES (SBN 099446)
IAN K. MCGLONE (SBN 315201)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: tmouzes@boutinjones.com
imcglone@boutinjones.com

Attorneys for TRI COUNTIES BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>Debtor. | **Case No. 2025-26876**<br><br>Jointly Administered with:<br>**Case No. 2025-26877**<br><br>Chapter 11 |
| ☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | |
| OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM, chapter 11 Debtor and Debtor in Possession, and OROVILLE HOSPITAL, chapter 11 Debtor and Debtor in Possession,<br><br>Plaintiffs,<br><br>DOVE'S LANDING, LLC, a California limited liability company; ROBERT J. WENTZ, an individual; OROVILLE SPORTS CLUB, LLC, | **Adv. Proc. No. 2026-02092**<br><br>**DCN: BJI-1**<br><br>**TRI COUNTIES BANK'S NOTICE OF MOTION AND MOTION TO INTERVENE IN ACTION**<br><br>Date: October 20, 2026<br>Time: 11:00 a.m.<br>Department: B, Courtroom 32<br>501 I Street, Suite 3-200 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the debtors is 2767 Olive Highway, Oroville, California, 95966.

| | | |
|---|---|---|
| a California limited liability company; and ROB BONTA, as Attorney General of California, a nominal defendant,<br><br>Defendants. | Judge: | Sacramento, California 95814<br>Honorable Christopher D. Jaime |

**TO THE DEBTOR, CREDITORS AND OTHER INTERESTED PERSONS:**

**PLEASE TAKE NOTICE** that the motion of Tri Counties Bank ("TCB") to intervene the above adversary case of OroHealth Corporation and Oroville Hospital (collectively, "Plaintiffs" or "Debtors") will come on for hearing on **October 20, 2026 at 11:00 a.m.**, or as soon thereafter as the matter can be heard in Department B, Courtroom 32, Sixth Floor, the Honorable Christopher D. Jaime of the United States Bankruptcy Court located at 501 I Street, Sacramento, California 95814, at which time the Court will consider the pleadings and papers of the Motion and related matters. The Motion to Intervene in Action ("Motion") is made pursuant to Federal Rule of Civil Procedure 24(a)(2), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7024 on the grounds that TCB has a significant protectable interest in the real property at issue in this adversary proceeding, commonly known as 2450 Oro Dam Boulevard East, Oroville, California 95966, by virtue of a first priority Deed of Trust recorded against the Property securing a $4,500,000 loan. TCB was not named as a defendant in the Verified Complaint, notwithstanding that the Complaint includes a claim to quiet title that, if granted, would impair or impede TCB's lien interest in the Property. TCB's interest is not adequately represented by any existing party. TCB seeks leave to intervene as a defendant-intervenor and to file its Proposed Verified Answer to the Verified Complaint.

The Motion is based on the Motion to Intervene in Action and the pleadings and papers filed with the Motion to Intervene in Action including the Notice of Motion, the Declaration of Daniel D. Duarte, the Declaration of Ian K. McGlone, the pleadings and papers filed in the above entitled jointly administered cases on such other and further evidence and matters that the Court may consider at the hearing on the Motion.

All information contained in the Motion and its supporting pleadings and papers is not set forth in this Notice of Hearing. Your attention is directed to the Motion for the relief sought by the Motion.

A copy of the Motion and its supporting pleadings and papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPacer information system (see http://www.caeb.uscourts.gov/subscription required) or is available at computer terminals (printing available), which are located at the Office of the Clerk, Suite 2-300, 501 I Street, Sacramento, California. These documents are also available from Boutin Jones Inc. upon reasonable request by contacting Carmelia Domingo at (916) 321-4444 or cdomingo@boutinjones.com.

**YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU HAVE ONE. IF YOU DO NOT HAVE AN ATTORNEY. YOU MAY WISH TO CONSULT ONE.

**NOTICE IS FURTHER GIVEN THAT THE MOTION IS MADE ON TWENTY-EIGHT (28) DAYS NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(f)(1).**

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least **FOURTEEN (14)** days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Fed. R. Civ. P. 43(c) as made applicable by Fed. R. Bankr. P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to the resolution of the motion and all disputed material factual issues pursuant to Fed. R. Civ. P. 43(c). Your attention is directed to the current Local Bankruptcy Rules, 9014-1.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before that date required by the Local Bankruptcy Rules, Rule 9014-1.

You must also mail a copy to:

THOMAS G. MOUZES
IAN K. McGLONE
BOUTIN JONES INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

You or your attorney must also appear at the hearing at the time and place noted above. For a charge, telephonic court appearances may be arranged at least 24 hours in advance by contacting Court Conference at (866) 582-6878. The Court may decide the matter in advance of the hearing and remove the matter from calendar. Interested parties may obtain a list of the Pre-Hearing Dispositions matters from the calendar at the Eastern District web site: "**www.caeb.uscourts.gov**" after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing. No appearances will be permitted if a matter is removed or disposed from the Court's calendar.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion, remove or dispose of the matter from calendar and resolve it, including granting Movant's request, without oral argument. Simply appearing at the hearing is not sufficient to protect any rights you may have.

DATED: September 22, 2026.

BOUTIN JONES INC.
Attorneys at Law

By: *_/s/ Thomas G. Mouzes_*
THOMAS G. MOUZES
IAN K. MCGLONE

Attorneys for Tri Counties Bank