4

THOMAS G. MOUZES (SBN 099446)
IAN K. MCGLONE (SBN 315201)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: tmouzes@boutinjones.com
imcglone@boutinjones.com

Attorneys for TRI COUNTIES BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re<br><br>OROVILLE HOSPITAL, *et al.*,[1]<br><br>Debtor. | **Case No. 2025-26876**<br><br>Jointly Administered with:<br>**Case No. 2025-26877**<br><br>Chapter 11 |
| ☒ Affects All Debtors<br>☐ Affects Oroville Hospital<br>☐ Affects OroHealth Corporation: A Nonprofit Healthcare System | |
| OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM, chapter 11 Debtor and Debtor in Possession, and OROVILLE HOSPITAL, chapter 11 Debtor and Debtor in Possession.<br><br>Plaintiffs,<br><br>DOVE'S LANDING, LLC, a California limited liability company; ROBERT J. WENTZ, an individual; OROVILLE SPORTS CLUB, LLC, | **Adv. Proc. No. 2026-02092**<br><br>**DCN: BJI-1**<br><br>**DECLARATION OF DANIEL D. DUARTE IN SUPPORT OF TRI COUNTIES BANK'S MOTION TO INTERVENE IN ACTION**<br><br>Date: October 20, 2026<br>Time: 11:00 a.m.<br>Department: B, Crtrm 32<br>501 I Street, Suite 3-200<br>Sacramento, California 95814<br>Judge: Honorable Christopher D. Jaime |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the debtors is 2767 Olive Highway, Oroville, California, 95966.

| | |
|---|---|
| a California limited liability company; and ROB BONTA, as Attorney General of California, a nominal defendant,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) |

I, Daniel D. Duarte, hereby state and declare:

1. I have personal knowledge of the facts set forth in this declaration – except to the extent stated on information and belief, and as to those matters, I believe such matters to be true – and if called as a witness to testify to the truth of the matters contained herein, I could and would so testify. I am employed by secured creditor Tri Counties Bank ("TCB" or the "Bank") as a Senior Vice President and the Director of the Bank's Special Assets Department, and I am authorized to make this declaration on TCB's behalf. I submit this declaration in support of Proposed Intervenor TCB's Motion to Intervene in Action (the "Motion").

2. Part of my duties within the Special Assets Department include, but are not limited to, management and collection of delinquent and defaulted loans, and I review and maintain certain loan files for the Bank. The Bank's records and files are maintained in the ordinary course of the Bank's business, and I am one of the individuals responsible for managing the loans and other financial accommodations to Borrower described herein.

3. I have personally reviewed all of the documents attached to and referenced in this declaration. Based upon that review, my familiarity with the Bank's practices and procedures, and my own personal involvement in the events at issue, I could and would competently testify as to the truth of the matters stated in this declaration if I were called as a witness.

4. TCB is a California state-chartered bank headquartered in Chico, California. TCB is a creditor of both Dove's Landing, LLC ("Dove's Landing") and Oroville Hospital, one of the Debtors in this jointly administered Chapter 11 case.

5. On or about June 25, 2018, TCB extended a commercial loan to Dove's Landing in the original principal amount of Four Million Five Hundred Thousand Dollars ($4,500,000.00) (the "Dove's Landing Loan"), evidenced by a Promissory Note dated June 25, 2018 (the "Note"). A true and correct redacted copy of the Note is attached to this declaration as **Exhibit 1**.

6. In connection with the Dove's Landing Loan, Dove's Landing executed a Business Loan Agreement dated June 25, 2018 and Change in Terms Agreement dated May 27, 2021. True and correct redacted copies of the Business Loan Agreement and the Change in Terms Agreement are attached to this declaration as **Exhibits 2** and **3**, respectively.

7. To secure the Dove's Landing Loan, Dove's Landing executed and delivered to TCB a Deed of Trust that was recorded on July 5, 2018 in the Official Records of Butte County, California, encumbering the real property commonly known as 2450 Oro Dam Boulevard East, Oroville, California 95966 (APN 013-170-073) (the "Property"). A true and correct redacted copy of the Deed of Trust is attached to this declaration as **Exhibit 4**.

8. Dove's Landing also executed a Commercial Security Agreement in connection with the Dove's Landing Loan. In addition, three personal guaranties were executed by Robert Wentz, Phyllis Jean Ching, and Venu Kondle, each in the amount of $4,500,000.00. True and correct redacted copies of the Security Agreement and Guaranties are attached to this declaration as **Exhibits 5** and **6**, respectively.

9. I am informed that Plaintiffs OroHealth Corporation and Oroville Hospital ("Plaintiffs") filed a Verified Complaint in this adversary proceeding on August 4, 2026 (ECF No. 1), asserting fourteen claims for relief against Dove's Landing, Robert J. Wentz, Oroville Sports Club, LLC, and Rob Bonta (as nominal defendant). The Verified Complaint includes, among other things, a Second Claim for Relief seeking to quiet title to the Property in the name of Oroville Hospital, and a Third Claim for Relief seeking the imposition of an equitable mortgage on the Property. TCB was not named as a defendant in the Verified Complaint.

10. The Verified Complaint attaches a copy of a lease agreement as exhibit 2, which allegedly includes an arbitration agreement. I am informed that Defendants, excluding the Attorney General, have filed a Motion Regarding Arbitration in this adversary proceeding, seeking to compel arbitration, related to the issues in the Verified Complaint. However, TCB is not a party to the lease agreement attached to the Verified Complaint and TCB is therefore not a party to the arbitration at issue in the Motion Regarding Arbitration.

11. If the Court were to grant the quiet title relief sought by Plaintiffs without TCB's

participation, I am informed that TCB's recorded Deed of Trust on the Property could be impaired, subordinated, or extinguished. No existing party to this adversary proceeding has the same interest as TCB in protecting its lien position on the Property. I am informed that TCB's intervention is necessary to protect its security interest in the Property and to assert its rights as a secured creditor with a recorded lien.

12. I am authorized by TCB to submit this declaration in support of the Motion to Intervene and to authenticate the loan documents and exhibits referenced herein.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 22, 2026, at Roseville, California.

DANIEL D. DUARTE