3

THOMAS G. MOUZES (SBN 099446)
IAN K. MCGLONE (SBN 315201)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: tmouzes@boutinjones.com
imcglone@boutinjones.com

Attorneys for TRI COUNTIES BANK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

In re

OROVILLE HOSPITAL, *et al.*,[1]

Debtor.

---

☒ Affects All Debtors
☐ Affects Oroville Hospital
☐ Affects OroHealth Corporation: A Nonprofit Healthcare System

---

OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM, chapter 11 Debtor and Debtor in Possession, and OROVILLE HOSPITAL, chapter 11 Debtor and Debtor in Possession,

Plaintiffs,

DOVE'S LANDING, LLC, a California limited liability company; ROBERT J. WENTZ, an individual; OROVILLE SPORTS CLUB, LLC,

---

**Case No. 2025-26876**

Jointly Administered with:
**Case No. 2025-26877**

Chapter 11

**Adv. Proc. No. 2026-02092**

**DCN: BJI-1**

**DECLARATION OF IAN K. MCGLONE IN SUPPORT OF TRI COUNTIES BANK'S MOTION TO INTERVENE IN ACTION**

Date: October 20, 2026
Time: 11:00 a.m.
Department: B, Crtrm 32
501 I Street, Suite 3-200
Sacramento, California 95814
Judge: Honorable Christopher D. Jaime

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Oroville Hospital (4554) and OroHealth Corporation: A Nonprofit Healthcare System (4776). The mailing address for the debtors is 2767 Olive Highway, Oroville, California, 95966.

| | |
|---|---|
| a California limited liability company; and ROB BONTA, as Attorney General of California, a nominal defendant,<br><br>Defendants. | ) ) ) ) ) ) |

I, Ian K. McGlone, hereby state and declare:

1. I am an attorney at law admitted to practice before all courts of this state. I am an attorney at Boutin Jones Inc., attorneys of record for Proposed Intervenor Tri Counties Bank ("Movant" or "TCB").

2. I have personal knowledge of the facts set forth in this declaration – except to the extent stated on information and belief, and as to those matters, I believe such matters to be true – and if called as a witness to testify to the truth of the matters contained herein, I could and would so testify. I submit this declaration in support of TCB's Motion to Intervene in Action (the "Motion").

3. I am informed that on August 4, 2026, Plaintiffs OroHealth Corporation and Oroville Hospital (collectively, "Plaintiffs") filed their Verified Complaint in this adversary proceeding (ECF No. 1), asserting fourteen claims for relief against Dove's Landing, LLC, Robert J. Wentz, Oroville Sports Club, LLC, and Rob Bonta (Attorney General of California, as nominal defendant). A true and correct copy of the Verified Complaint is attached hereto as **Exhibit A**.

4. Among other things, the Verified Complaint includes the Second Claim for Relief seeking to quiet title to the real property commonly known as 2450 Oro Dam Boulevard East, Oroville, California 95966 (the "Property") in the name of Oroville Hospital, and the Third Claim for Relief seeking the imposition of an equitable mortgage on the Property. TCB was not named as a defendant in the Verified Complaint.

5. I am informed that TCB holds a recorded Deed of Trust encumbering the Property, securing a $4,500,000.00 loan extended by TCB to Dove's Landing, LLC. On information and belief, TCB's Deed of Trust was recorded in the Official Records of Butte County, California on July 5, 2018. TCB is a necessary and indispensable party to any quiet title determination affecting the Property.

6. Defendants, excluding the Attorney General, have also filed a Motion Regarding Arbitration in this adversary proceeding (ECF No. 7). A true and correct copy of the Motion Regarding

Arbitration is attached hereto as **Exhibit B**.

7. Attached hereto as **Exhibit C** is a copy of the Proposed Verified Answer of TCB to the Verified Complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 22, 2026, at Sacramento, California.

*/s/ Ian K. McGlone*
IAN K. MCGLONE