**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>OROVILLE HOSPITAL,<br>Debtor. | Case No.: 25-26876 - B - 11<br>Adv No.: 26-02092<br>Docket Control No.: CAE-1<br>Document No.: 1 |
| OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYST et al.,<br>Plaintiffs,<br>v.<br>DOVES LANDING, LLC et al.,<br>Defendants. | Date: 09/29/2026<br><br>Time: 11:00 AM<br>Dept: B |

**Order**

IT IS ORDERED that the status conference hearing is CONTINUED to October 20, 2026 at 11:00 a.m.

**Dated:** October 01, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

Status Conference Re: Complaint - [1] - (91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(14 (Recovery of money/property - other)),(13 (Recovery of money/property - 548 fraudulent transfer)),(21 (Validity, priority or extent of lien or other interest in property)): Complaint 26-02092 by OROHEALTH CORPORATION: A NONPROFIT HEALTHCARE SYSTEM, OROVILLE HOSPITAL against DOVES LANDING, LLC, Robert J. Wentz, Oroville Sports Club, LLC, Rob Bonta. (Fee Amount of $350.00 is Deferred) (eFilingID: 7678813) (dpas)